No. 65902.—F. E. Macartney, Inc. *v.* United States, protest 58/71 (Duluth).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C.D. 1923), the claim of the plaintiff was sustained.